# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:  
    Gabriel Damian

Case No. __16-42934__  
Chapter __13__

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, _____Gabriel Damian_____, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of Court to remit to the applicant the sum of $____7,545.92____, said funds having been deposited into the Treasury of the United States pursuant to an order of the court as unclaimed fund for _____Gabriel Damian_____.

The applicant further states that:

1. (Indicate one of the following)

   __X__ Applicant is the party requesting payment of the unclaimed fund named above and states that no other application for this unclaimed fund has been submitted by or at the request of the claimant.

   _____ Applicant is the duly authorized representative for the business or corporation named above as the claimant. Applicant has reviewed all records of the claimant and states that no other application for this claim has been submitted by or at the request of this claimant. An Affidavit of Claimant is attached and made part of this application.

   _____ Applicant is either a family member of the deceased claimant or a successor in interest to the individual or business named as the claimant. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which indicated the applicant's entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment of Unclaimed Funds

Respectfully submitted this __26__ day of _____June_____ 20_23_

___Gabriel Damian___  
Name of Applicant

*Gabriel Damian* (signature)  
Signature of Applicant

___Gabriel Damian - Debtor___  
Name and Title of Applicant

_____  
Company Name

___42239 Gloria Dr___  
Street Address

___Canton, MI___  
City and State

___313-260-7877___  
Telephone number

_____  
Tax Identification

___XXX-XX- 7331___  
Last 4 digits of Social Security Number

_____  
Claim Number, if applicable

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Gabriel Damian

Case No. 16-42934

Chapter 13

## AFFIDAVIT OF CLAIMANT

I, _____Gabriel Damian_____, do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address: 42239 GLORIA DR

CANTON, MI 48187

Phone number: 313-260-7877

Social security number **XXX-XX-**_____7331_____ **Last 4 digits**

If claimant is a corporation, the federal tax ID number _____

    1. Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

    2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: _June 26th 20223_           _Gabriel Damianus_
                                                                                   Signature of Claimant

Sworn to and Subscribed before me this
_26th_ day of _June_ 20 _23_

_WILLIAM J_
NOTARY PUBLIC AT LARGE
STATE OF _MICHIGAN_

[Notary Seal: WILLIAM P. JEFFERSON, STATE OF MICHIGAN, NOTARY PUBLIC, COMMISSION #8956258, EXPIRES SEPTEMBER 18, 2024]

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:
Gabriel Damian

Case No. __16-42934__
Chapter __13__

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

___Pay Gabriel Damian for the unclaimed funds application_____

the sum of ___Seven Thousand Five Hundred and Forty Five Dollars and Nintey two Cents___ dollars ($__7,545.92__)

of unclaimed funds held in the U.S. Treasury.

_____
United States Bankruptcy Judge

Dated: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Gabriel Damian

Case No. 16-42934

Chapter 13

PROOF OF SERVICE

I, the undersigned, hereby certify that on the __26th__ day of __June__ 20__23__, a copy of the Application for Payment From Unclaimed Funds by __First Class USPS Mail__ was served on the United States Attorney for the Eastern District of Michigan at the following address:

> U.S. Attorney for the Eastern District of Michigan
> Attn.: Civil Division-Financial Litigation
> 211 West Fort Street, Suite 2001
> Detroit, MI 48226-3211

Dated: __June 26th 2023__          By: *Gabriel Damian*